1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ROBERT J. LAURRANCE,                          CASE NO: **3:13-cv-00694-LRH-WGC**

    Plaintiff,

    v.                                        **NOTICE OF SETTLEMENT AND**
                                              **ORDER FOR STATUS CHECK**
DEUTSCHE BANK NATIONAL TRUST                  **REGARDING SETTLEMENT**
COMPANY, as Trustee for American Home         **DOCUMENTS**
Mortgage Assets Trust 2006-5, Mortgage-
Backed Pass-Through Certificates Series
2006-5; POWER REO MANAGEMENT
SERVICES, INC., a Corporation;
HOMEWARD RESIDENTIAL, Inc, a
corporation.; and Does 1-50

    Defendants.

_____

    Plaintiff Robert J. Laurrance, by and through his attorneys John P. Henderson and

Mark Tokunaga, hereby submit this Notice of Settlement.

    Plaintiff Robert J. Laurrance signed a settlement agreement with Defendants

Deutsche Bank et al.  Defendants are processing the signing and return of the settlement

agreement.

    Accordingly, IT IS HEREBY STIPULATED to have the Court suspend any

deadlines and to vacate all hearing and trial dates, if any, and request that the Court set

1    this matter for a status check in Forty-Five (45) days regarding the status of the settlement

2    documents.

3    LAW OFFICES OF JOHN P.        HOUSER & ALLISON, APC.
       HENDERSON

4

5    _____/s/_____       ___/s/_____

6    John P. Henderson                Mark H. Hutchings
       California Bar No. 125222           3900 Paradise Rd., Ste. 101

7    8150 Sierra College Blvd., Ste. 170     Las Vegas, NV 89169
       Roseville, CA 95661               *Attorneys for Ocwen, Deutsche Bank National*

8    *Attorney for Plaintiff Robert J. Laurrance*   *Trust Company, as Trustee for American*
                                           *Home Mortgage Assets Trust 2006-5,*

9                                            *Mortgage-Backed Pass-Through Certificates*

10                                           *Series 2006-5; Power REO Management*
                                           *Services, Inc.; and Homeward Residential,*

11                                           *Inc.*

12

13                              **<u>ORDER</u>**

14    Based upon the forgoing,

15    IT IS HEREBY ORDERED that any deadlines and hearing and trial dates are vacated.

16    The parties shall file settlement  documents or a Joint Status Report regarding the filing

17

18    of settlement documents within 45 days of the date of this Order.

19      DATED this 14th day of July, 2016.

20

21

22                 _____
       LARRY R. HICKS

23    UNITED STATES DISTRICT JUDGE

24

25

26

27

28