UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. LAURRANCE, | Case No. 3:13-cv-00694-LRH-WGC |
| Plaintiff, | Hon. Larry R. Hicks |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| DEUTSCH BANK NATIONAL TRUST COMPANY, as Trustee for American Home Mortgage Assets Trust 2006-5, Mortgage-Backed Pass-Through Certificates Series 2006-5; POWER REO MANAGEMENT SERVICES, INC., a Corporation; HOMEWARD RESIDENTIAL, Inc, a corporation; and DOES 1-50; | [FRCP 41(a)(1)(A)] |
| Defendants. | |

**STIPULATION**

It is hereby stipulated by and between the Plaintiff Robert J. Laurrance ("Laurrance") and Defendants Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-5, Mortgage-Backed Pass-Through Certificates Series 2006-5, Power REO Management Services, Inc., and Homeward Residential, Inc., by and through their respective attorneys of record that the above matter be dismissed with prejudice pursuant to Rule 41(a)(1)(A) of

the Federal Rules of Civil Procedure, with each party to bear their own costs and attorney's fees.

IT IS SO STIPULATED

Dated this 12th day of August, 2016.                    Dated this 12th day of August, 2016.

LAW OFFICE OF JOHN P. HENDERSON                 HOUSER & ALLISON, APC
and LAURIA TOKUNAGA GATES &
LINN, LLP

/s/ John Paul Henderson                                    /s/ Mark H. Hutchings
John Paul Henderson, Esq.                              Jeffrey S. Allison, Esq.
LAW OFFICES OF JOHN P. HENDERSON            Mark H. Hutchings, Esq.
8150 Sierra College Blvd., Ste. 170                  HOUSER & ALLISON, APC
Roseville, CA 95661                                          3900 Paradise Rd., Suite 101
                                                                        Las Vegas, NV 89169
and                                                                   *Attorneys for Defendants Deutsche Bank*
Mark David Tokunaga, Esq.                             *National Trust Company, as Trustee for*
LAURIA TOKUNAGA GATES & LINN LLP             *American Home Mortgage Assets Trust 2006-5,*
917 Tahoe Blvd., Ste. 302                                *Mortgage-Backed Pass-Through Certificates*
Incline Village, NV 89451                                 *Series 2006-5, Power REO Management*
*Attorneys for Plaintiff Robert J. Laurrance*     *Services, Inc., and Homeward Residential, Inc.*

## ORDER

Based on the parties' stipulation and good cause appearing:

IT IS HEREBY ORDERED that this case is dismissed with prejudice, each side to bear its own costs and fees.

DATED this 17th day of August, 2016.

_____
HONORABLE LARRY R. HICKS
United States District Court Judge